NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AUTO-DRIL, INC.,**
*Plaintiff-Appellant*

**v.**

**NATIONAL OILWELL VARCO, L.P., CANRIG DRILLING TECHNOLOGY, LTD.,**
*Defendants-Appellees*

---

2018-1991

---

Appeal from the United States District Court for the Southern District of Texas in Nos. 4:16-cv-00280, 4:16-cv-00293, Judge Lee H. Rosenthal.

---

## JUDGMENT

---

DAVID G. HENRY, SR., Gray Reed & McGraw LLP, Houston, TX, argued for plaintiff-appellant. Also represented by JAMES LAWTON REED, JR.

BRADFORD TURNER LANEY, Raley & Bowick, LLP, Houston, TX, argued for defendants-appellees. Also represented by ROBERT MCGEE BOWICK, JR., JOHN WESLEY RALEY, III.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, REYNA, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


March 15, 2019    /s/ Peter R. Marksteiner
Date        Peter R. Marksteiner
           Clerk of Court